# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-05-00697-CV
## NO. 03-05-00698-CV

**St. David's Healthcare Partnership, L.P., LLP d/b/a St. David's Medical Center, and Columbia St. David's Healthcare System, L.P., Appellants**

**v.**

**Sawana Johnson, Appellee**

**FROM THE DISTRICT COURTS OF TRAVIS COUNTY, 98TH & 200TH JUDICIAL DISTRICTS NOS. GN502454 & GN503345, HONORABLE SCOTT H. JENKINS, JUDGE PRESIDING**

## M E M O R A N D U M   O P I N I O N

Appellants have filed motions to dismiss their appeals informing this Court that the appeals have become moot.  We grant appellants' motions and dismiss the appeals.

Bea Ann Smith, Justice

Before Chief Justice Law, Justices B. A. Smith and Puryear

Dismissed on Appellants' Motion

Filed:   November 22, 2005